AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>Jonathan Fitzpatrick<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br>2:24-mj-00110 |



**SEALED**

**FILED**
JUN 10 2024
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 3, 2024__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine |

This criminal complaint is based on these facts:

On June 3, 2024, at or near 434 58th Street in Charleston, West Virginia, within the Southern District of West Virginia, Jonathan Fitzpatrick distributed approximately ten pounds of methamphetamine to a confidential informant. The suspected methamphetamine was later field tested by law enforcement. The field test yielded a positive indication for methamphetamine. Methamphetamine is a Schedule II Controlled Substance.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

TFO, Jonathan Vernon (DEA)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: __June 10, 2024__

_____
*Judge's signature*

City and state: __Charleston, West Virginia__    Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*